

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Matter of the Marriage of Lisa Mozley and William Mozley, and In the Interest of F.M., a child

No. 06-16-00004-CV

Appeal from the 303rd District Court of Dallas County, Texas (Tr. Ct. No. DF-14-06301). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Lisa Mozley, pay all costs of this appeal.

RENDERED AUGUST 12, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk